```
 1  LAW OFFICES OF BILL LATOUR
 2  BILL LATOUR [CSBN: 169758]
         1420 E. Cooley Dr., Suite 100
 3       Colton, California 92324
 4       Telephone: (909) 796-4560
         Facsimile:  (909) 796-3402
 5       E-Mail: fed.latour@yahoo.com
 6
 7  Attorney for Plaintiff
 8                  UNITED STATES DISTRICT COURT
 9        CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION
10  SUSAN PINA,                        )   No.  EDCV 13-01806 PLA
11                                     )
           Plaintiff,                  )   ORDER AWARDING EAJA FEES
12                                     )
13       v.                            )
                                       )
14  CAROLYN W. COLVIN                  )
15  Acting Commissioner Of Social Security, )
16                                     )
           Defendant.                  )
17  _____)
18
           Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),
19
           IT IS ORDERED that EAJA fees are awarded in the amount of ONE
20
    THOUSAND SEVEN HUNDRED DOLLARS AND 00/100 ($1,700.00) subject to the
21
    terms of the stipulation.
22
                                              [signature: Paul L. Abrams]
23
           DATE:  9/3/14          _____
24
                                  HON. PAUL L. ABRAMS
25                                UNITED STATES MAGISTRATE JUDGE
26
27
28
```

-1-